1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  UMG RECORDINGS, INC.;
   INTERSCOPE RECORDS; WARNER
8  BROS. RECORDS INC.; and ARISTA
9  RECORDS LLC

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11

12                                              C 07    4837

13  SONY BMG MUSIC ENTERTAINMENT, a        CASE NO.
    Delaware general partnership; UMG
14  RECORDINGS, INC., a Delaware corporation;   [PROPOSED] ORDER GRANTING
    INTERSCOPE RECORDS, a California general    PLAINTIFFS' *EX PARTE* APPLICATION
15  partnership; WARNER BROS. RECORDS           FOR LEAVE TO TAKE IMMEDIATE
16  INC., a Delaware corporation; and ARISTA    DISCOVERY
    RECORDS LLC, a Delaware limited liability
17  company,
18                 Plaintiffs,

19       v.

20  JOHN DOE #3,
                   Defendant.
21

22
23
24
25
26
27
28

Proposed Order
Case No.
#32442 v1

1  Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2  Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3  ORDERED that Plaintiffs may serve immediate discovery on Santa Clara University to
4  obtain the identity of Defendant John Doe # 3 ("Defendant") by serving a Rule 45 subpoena that
5  seeks documents that identify Defendant, including the name, current (and permanent) address and
6  telephone number, e-mail address, and Media Access Control addresses for Defendant. The
7  disclosure of this information is consistent with Santa Clara University's obligations under 20
8  U.S.C. 1232g.
9  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
10 the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
11 under the Copyright Act.

13 Dated:   November 20, 2007        By: _____
                                          United States District Court
                                          Judge Edward M. Chen

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

Proposed Order
Case No.
#32442 v1

1