**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONY BMG MUSIC ENTERTAINMENT, et al.,

        Plaintiffs,

    v.

JOHN DOE #3,

        Defendant.

_____/

No. C07-4837 EMC

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

        YOU ARE NOTIFIED THAT the Case Management Conference set for December 26, 2007 at 1:30 p.m. is reset for **January 23, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  A Joint Case Management Statement shall be filed by January 16, 2008.

Dated:  November 20, 2007

                                FOR THE COURT,
                                Richard W. Wieking, Clerk

                        by:  _____
                                Betty Fong
                                Courtroom Deputy