1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:          matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  UMG RECORDINGS, INC.;
   INTERSCOPE RECORDS; WARNER
8  BROS. RECORDS INC.; and ARISTA
   RECORDS LLC
9

10                       UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
11                           SAN FRANCISCO DIVISION
12

13 | SONY BMG MUSIC ENTERTAINMENT, a        | CASE NO. 3:07-CV-04837-EMC
   | Delaware general partnership; UMG
14 | RECORDINGS, INC., a Delaware corporation; | **Honorable Edward M. Chen**
15 | INTERSCOPE RECORDS, a California general
   | partnership; WARNER BROS. RECORDS       | *EX PARTE* **APPLICATION TO CONTINUE**
16 | INC., a Delaware corporation; and ARISTA | **CASE MANAGEMENT CONFERENCE**
   | RECORDS LLC, a Delaware limited liability | **AND EXTEND TIME TO SERVE**
17 | company,                                 | **DEFENDANT AND [P~~ROPOSE~~D] ORDER**
18 |              Plaintiffs,                 |                    AMENDED
19 |       v.
20 | JOHN DOE #3,
21 |              Defendant.

Plaintiffs respectfully request that the Court continue the case management conference currently set for January 23, 2008, at 1:30 p.m. to April 23, 2008.  Plaintiffs further request, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1)(A), that the Court grant an additional 90 days to serve Defendant with the Summons and Complaint.  As further explained below, Plaintiffs only recently discovered the identity of the Doe defendant in this case, and have not yet filed an amended complaint naming this individual or served Defendant with the summons and complaint.   In support of their request, Plaintiffs state as follows:

1.      The initial case management conference is set for January 23, 2008, at 1:30 p.m.  The Court, acting of its own accord, previously rescheduled the case management conference from the originally scheduled date of December 26, 2007.  The current deadline for service of process is January 18, 2008.

2.      Plaintiffs filed their Complaint for Copyright Infringement against Defendant John Doe #3 ("Defendant") on September 20, 2007.  Plaintiffs did not have sufficient identifying information to name Defendant in the Complaint, but were able to identify Defendant by the Internet Protocol address assigned to Defendant by Defendant's Internet Service Provider ("ISP") – here, Santa Clara University.

3.      In order to determine Defendant's true name and identity, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery on September 20, 2007, requesting that the Court enter an Order allowing Plaintiffs to serve a Rule 45 subpoena on the ISP.

4.      The Court entered an Order for Leave to take Immediate Discovery on November 20, 2007, which was promptly served upon the ISP along with a Rule 45 subpoena.

5.      On January 8, 2008, the ISP responded to Plaintiffs' subpoena, providing Plaintiffs with identifying information including Defendant's name, telephone number, and address.

6.      Now that Plaintiffs believe they have identified the Doe defendant, they will send Defendant written notice of their copyright infringement claim and attempt to resolve the dispute without further litigation.  If efforts to resolve the dispute fail, Plaintiffs plan to file a First

1

Amended Complaint naming Defendant individually. However, Plaintiffs wish to first give Defendant a reasonable period of time to resolve this matter before naming him in a federal lawsuit.

7. There is not a sufficient amount of time prior to the service deadline for Plaintiffs to notify Defendant of their claim, attempt to resolve the dispute, and/or amend the complaint to name Defendant individually and serve Defendant with the Summons and Complaint.

8. Given the circumstances of this case, a case management conference is unnecessary at this time, and Plaintiffs respectfully request that the case management conference be continued to April 23, 2008. Plaintiffs also respectfully request an additional 90 days to effectuate service.

9. Plaintiffs submit that filing their *Ex Parte* Application for Leave to Take Immediate Discovery demonstrates "good cause" under Rule 4 for an extension of time for service. *See Ritts v. Dealers Alliance Credit Corp.,* 989 F. Supp. 1475, 1479 (N.D. Ga. 1997) (stating good cause standard for service extensions). Unlike a traditional case in which the defendant is known by name and efforts to serve can begin immediately after filing the complaint, in this case Plaintiffs first had to obtain the identity of Defendant through the subpoena to the ISP, a process that was only recently completed. This Court has discretion to enlarge the time to serve even where there is no good cause shown. *Henderson v. United States,* 517 U.S. 654, 658 n. 5 (1996).

10. Because the copyright infringements here occurred in 2007, the three-year limitations period for these claims has not expired. *See* 17 U.S.C. § 507(b) (2000). There can thus be no prejudice to the Defendant from any delay in serving the Complaint.

Ex Parte Application to Continue CMC and Extend Time to Serve Defendant and [Proposed] Order
Case No. 3:07-cv-04837-EMC
#34835 v1

11.     Plaintiffs will provide the Defendant with a copy of this request and any Order concerning this request when service of process occurs.

Dated: January 14, 2008                        HOLME ROBERTS & OWEN LLP

By: _____/s/ Matthew Franklin Jaksa_____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; INTERSCOPE RECORDS; WARNER BROS. RECORDS INC.; and ARISTA RECORDS LLC

### [PROPOSED] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for January 23, 2008, at 1:30 p.m. be continued to ~~April 23, 2008.~~ May 21, 2008 at 1:30p.m.  A Joint CMC statement shall be filed by May 14, 2008.

**IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to April 17, 2008.

Dated: ___January 16, 2008___                By: _____
                                                                           Chen
                                                                           te Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*