1  Matthew Franklin Jaksa (CA State Bar No. 248072)
2  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:      matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  UMG RECORDINGS, INC.;
   INTERSCOPE RECORDS; WARNER
8  BROS. RECORDS INC.; and ARISTA
   RECORDS LLC
9

10                UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
11                  SAN FRANCISCO DIVISION

12

13  SONY BMG MUSIC ENTERTAINMENT, a       CASE NO. 3:07-CV-04837-EMC
    Delaware general partnership; UMG
14  RECORDINGS, INC., a Delaware corporation;   **Honorable Edward M. Chen**
    INTERSCOPE RECORDS, a California general
15  partnership; WARNER BROS. RECORDS      **NOTICE OF VOLUNTARY DISMISSAL**
    INC., a Delaware corporation; and ARISTA   **WITHOUT PREJUDICE**
16  RECORDS LLC, a Delaware limited liability
    company,
17
                    Plaintiffs,
18
19          v.

20  JOHN DOE #3,
                    Defendant.
21

22

23

24

25

26

27

28

1    Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs SONY BMG MUSIC

2  ENTERTAINMENT, *et al*., by and through their attorneys, voluntarily dismiss without prejudice

3  their copyright infringement claims against Defendant John Doe #3, also identified as ID

4  #132018648 with IP address 129.210.186.76 2007-06-06 16:43:38 EDT, each party to bear its/his

5  own fees and costs.  The Clerk of Court is respectfully requested to close this case.

6  Dated:  February 27, 2008                                HOLME ROBERTS & OWEN LLP

7

8                                                      By:  _____/s/ Matthew Franklin Jaksa___

9                                                            MATTHEW FRANKLIN JAKSA
                                                           Attorney for Plaintiffs
10                                                          SONY BMG MUSIC
                                                          ENTERTAINMENT; UMG
11                                                        RECORDINGS, INC.; INTERSCOPE
                                                          RECORDS; WARNER BROS.
12                                                        RECORDS INC.; and ARISTA
                                                          RECORDS LLC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

     I am employed in the office of Holme Roberts & Owen in San Francisco, California.  I am over the age of eighteen years and not a party to the within action.  My business address is 560 Mission Street, 25th Floor, San Francisco, CA  94105.

     On February 27, 2008, I served the foregoing documents described as:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Adam Jester**
> **c/o John Andrade**
> **119 West Water Street**
> **PO Box 598**
> **Dover, DE 19903**

    ☒    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    ☒    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on February 27, 2008 at San Francisco, California.



_____

2

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-cv-04837-EMC
#35921 v1